No. 585. SOCIETÉ ANONYME DES SUCRERIES DE SAINT JEAN, APPELLANT, v. REGISTRAR OF CAGUAS, RESPONDENT.—Administrative appeal. Decided March 12, 1924. It not appearing that the recorded liens described in the decision of the registrar can be affected by the servitude created by the instrument, the decision is reversed and the record ordered.

No. 433. CORUJO, PETITIONER, v. DISTRICT COURT OF GUAYAMA, RESPONDENT. — Certiorari. Decided March 12, 1924. Municipal courts being courts of limited jurisdiction and the value of the property attached not being stated, the district court did not err in holding that the jurisdiction of the municipal court did not appear and in dismissing the appeal for that reason; therefore, the writ must be discharged.

No. 3054. MAZARREDO ET AL., APPELLEES, v. RAMÍREZ ET AL., APPELLANTS.—District Court of Aguadilla. Decided March 12, 1924. It appearing that the law of the case is contained in the case of Mazarredo et al. v. García et, al., 31 P. R. R. 731, the order of March 26, 1923, is reversed.

No. 3100. RAMÍREZ, APPELLEE, v. RAMÍREZ ET AL., APPELLANTS.—District Court of Humacao. Decided March 12, 1924. It not appearing that the earnings of the father are sufficient to relieve the grandfather of the obligation to support his grandchild, the judgment was affirmed.

No. 3182. MAYAGÜEZ GARAGE, APPELLANT, v. SOLÉ, APPELLEE.—No. 3183. SOLÉ, APPELLEE, v. MAYAGÜEZ GARAGE, APPELLANT.—Decided March 13, 1924. Considering the disordered condition of the transcript and of the appellant's brief, for the reasons given in the appellee's motion the appeal was dismissed.